FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG 23  AM 6: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

|  |  |  |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY | ) ) ) ) | |
| Plaintiff and Counter-Defendant | ) ) ) | |
| v. | ) ) | No. 01-2852 D |
| PORT 740, INC., FULLEN DOCK & WAREHOUSE, INC., JIMMY T. WOOD, INC., and ANDREW STEWART, | ) ) ) ) ) | |
| Defendants, Counter-Plaintiffs, and Third-Party Plaintiffs, | ) ) ) ) ) | |
| HARBOR INSURANCE SERVICES, LTD., Third-Party Defendant. | ) ) ) ) | |

## ORDER STRIKING MOTIONS WITHOUT PREJUDICE

It appears to the Court that the parties have stipulated that this case remains administratively closed, as no party has moved to reopen it. Although the third-party Defendant, Harbor Insurance Services, ("Harbor") has filed a motion for summary judgment, it was not Harbor's intention to reopen the case, but instead to make Harbor's position known to all parties. Moreover, the parties have stipulated that responses to Harbor's motion for summary judgment will not be due until thirty days after an order is entered reopening the case.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____



Accordingly, the Clerk is hereby directed to strike Harbor's motion for summary judgment (dkt. # 84) without prejudice to restoration, if necessary, at whatever time a party requests that the litigation be reopened. Upon notice to the Court, the motion will be restored for full consideration by the Court.

**IT IS SO ORDERED** this 22 day of August, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 88 in case 2:01-CV-02852 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

W. Bryan Smith
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Evan T. Caffrey
PHELPS & DUNBAR
365 Canal St.
Ste. 2000
New Orleans, LA 70130--653

Shannon E. Holbrook
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Michele Cooper
MILLS & COOPER
P.O. Box 24969
Nashville, TN 37202--496

Robert C. Clotworthy
PHELPS & DUNBAR
365 Canal St.
Ste. 2000
New Orleans, LA 70130--653

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT